IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

INFORMATION

v.

CASE NO. 3:26-mj-255/ZCB

EDDIE L. PHILLIPS
_______________________________/

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

On or about July 30, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station, Whiting Field, Milton, Florida, the defendant,

EDDIE L. PHILLIPS,

did assault by striking, beating or wounding U.K., in violation of Title 18, United States Code, Section 113(a)(4).

COUNT TWO

On or about July 30, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station, Whiting Field, Milton, Florida, the defendant,

EDDIE L. PHILLIPS,

FILED USDC FLND PN
JUL 31 '26 PM4:37

did willfully injure and commit any depredation against property of the United States, of a value less than one thousand dollars ($1,000.00), in violation of Title 18, United States Code, Section 1361.

## COUNT THREE

On or about July 30, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station, Whiting Field, Milton, Florida, the defendant,

**EDDIE L. PHILLIPS,**

did unlawfully trespass on military property for a purpose prohibited by law or lawful regulation, in violation of Title 18, United States Code, Section 1382.

______________________ (for)
JOHN P. HEEKIN
United States Attorney

7/31/2026
DATE